McGREGOR W. SCOTT
United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

JAN 24 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN BELAND, and DENAE BELAND, <br><br> Defendants. | CASE NO. 2:19-CR-0021 WBS <br><br> 26 U.S.C. § 7206(1) – Making and Subscribing a False Tax Return (3 counts); 26 U.S.C. § 7212(a) – Corruptly Endeavoring to Impede the Due Administration of the Internal Revenue Laws |

INDICTMENT

COUNT ONE: [26 U.S.C. § 7206(1) – Making and Subscribing a False Tax Return]

The Grand Jury charges: T H A T

BRIAN BELAND,

defendant herein, on or about October 15, 2012, in the County of El Dorado, State and Eastern District of California, did willfully make and subscribe a U.S. Individual Income Tax Return for the calendar year 2011, which was verified by a declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. In that income tax return, which was filed with the Internal Revenue Service, BRIAN BELAND reported $228,572 in business losses on his Schedule C, whereas he then and there well knew that business expenses listed on the Schedule C were false, in violation of Title 26, United States Code, Section 7206(1).

///

///

INDICTMENT

1

COUNT TWO: [26 U.S.C. § 7206(1) – Making and Subscribing a False Tax Return]

The Grand Jury further charges: T H A T

BRIAN BELAND,

defendant herein, on or about October 15, 2013, in the County of El Dorado, State and Eastern District of California, did willfully make and subscribe a U.S. Individual Income Tax Return for the calendar year 2012, which was verified by a declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. In that income tax return, which was filed with the Internal Revenue Service, BRIAN BELAND reported $335,087 in business losses on his Schedule C, whereas he then and there well knew that business expenses listed on the Schedule C were false, in violation of Title 26, United States Code, Section 7206(1).

COUNT THREE: [26 U.S.C. § 7206(1) – Making and Subscribing a False Tax Return]

The Grand Jury further charges: T H A T

BRIAN BELAND,

defendant herein, on or about October 15, 2014, in the County of El Dorado, State and Eastern District of California, did willfully make and subscribe a U.S. Individual Income Tax Return for the calendar year 2013, which was verified by a declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. In that income tax return, which was filed with the Internal Revenue Service, BRIAN BELAND reported $241,964 in business losses on his Schedule C, whereas he then and there well knew that business expenses listed on the Schedule C were false, in violation of Title 26, United States Code, Section 7206(1).

COUNT FOUR: [26 U.S.C. § 7212(a) – Endeavoring to Obstruct the Due Administration of the Internal Revenue Laws]

The Grand Jury further charges: T H A T

BRIAN BELAND and DENAE BELAND,

defendants herein, as follows:

1. In or about October 2014, the Internal Revenue Service began an audit of the 2012 Individual Tax Return filed by BRIAN BELAND and DENAE BELAND, of which defendants were notified in a letter from the Internal Revenue Service dated October 30, 2014. In or about December

1  2014, the audit was expanded to include the 2011 Individual Tax Return filed by BRIAN BELAND and DENAE BELAND and the 2013 Individual Tax Return filed by BRIAN BELAND, of which defendants were notified in letters from the Internal Revenue Service dated December 11, 2014.

2. Beginning no later than on or about January 21, 2015, and continuing through on or about August 19, 2015, in the County of El Dorado, State and Eastern District of California, BRIAN BELAND and DENAE BELAND did corruptly endeavor to obstruct and impede the due administration of the Internal Revenue laws by committing various deliberate acts, including making false statements to revenue agents and preparing and providing to revenue agents documents listing false business expenses. For example:

   a) On or about January 21, 2015, BRIAN BELAND and DENAE BELAND attended an interview with Internal Revenue Service revenue agents during which BRIAN BELAND and DENAE BELAND corruptly made false statements.

   b) Following the January meeting, BRIAN BELAND and DENAE BELAND continued to corruptly make false statements to revenue agents through written materials submitted to the Internal Revenue Service. BRIAN BELAND and DENAE BELAND corruptly prepared and submitted to the Internal Revenue Service documents reporting false business expenses for the tax years 2011, 2012, and 2013. On or about March 20, 2015, DENAE BELAND corruptly mailed to revenue agents performing the audit a CD containing spreadsheets listing false business expenses.

   c) On or about August 19, 2015, BRIAN BELAND and DENAE BELAND attended a second interview with Internal Revenue Service revenue agents during which BRIAN BELAND and DENAE BELAND corruptly made additional false statements.

in violation of Title 26, United States Code, Section 7212(a).

/s/ *Signature on file w/AUSA*

A TRUE BILL.

_____
FOREPERSON

*[signature]*
McGREGOR W. SCOTT
United States Attorney

INDICTMENT

3

No. 2:19-CR-0021 WBS

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
vs.

BRIAN BELAND, and
DENAE BELAND,

## INDICTMENT

**VIOLATION(S):** 26 U.S.C. § 7206(1) – Making and Subscribing a False Tax Return (3 counts);
26 U.S.C. § 7212(a) – Corruptly Endeavoring to Impede the Due Administration of the Internal Revenue Laws

*A true bill,*

**/s/ Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* __24__ *day*

*of* __January__, A.D. 20__19__

_____
*Clerk.*

Bail, $ _____

Summons to issue as to both defendants.

GPO 863 525

## United States v. Brian Beland et al
## Penalties for Indictment

**Defendants**
Brian Beland
Denae Beland

**COUNTS 1-3:**     **BRIAN BELAND**

VIOLATION:     26 U.S.C. § 7206(1) - Making and Subscribing a False Tax Return

PENALTIES:     For each count:
Up to 3 years in prison; or
Fine of up to $100,000; or both fine and imprisonment
Supervised release of up to 1 year

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 4:**     **ALL DEFENDANTS**

VIOLATION:     26 U.S.C. § 7212(a) - Corruptly Endeavoring to Impede the Due Administration of the Internal Revenue Laws

PENALTIES:     Up to 3 years in prison; or
Fine of up to $5,000; or both fine and imprisonment
Supervised release of up to 1 year

SPECIAL ASSESSMENT: $100 (mandatory on each count)