1  DAVID D. FISCHER, SBN 224900
2  LAW OFFICES OF DAVID D. FISCHER, APC
   5701 Lonetree Blvd., Suite 312
3  Rocklin, CA 95765
4  Telephone:   (916) 447-8600
   Facsimile:   (916) 930-6482
5  Email: davefischer@yahoo.com

6  Attorney for Defendant
7  DENAE BELAND

8  DAVID W. DRATMAN
9  Attorney at Law
   State Bar No. 78764
10 1007 7th Street, Suite 305
11 Sacramento, CA 95814
   Telephone:  (916) 443-2000
12 Facsimile:   (916) 443-0989
13 Email:  dwdratman@aol.com

14 Attorney for Defendant
15 BRIAN BELAND

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.S. No. 2:19-cr-0021 WBS |
| Plaintiff, | |
| v. | **UNOPPOSED MOTION AND ORDER TO MODIFY CONDITIONS OF RELEASE TO ALLOW FOR TRAVEL** |
| BRIAN BELAND and DENAE BELAND, | |
| Defendants. | |

Defendants have been released on their own recognizance with the only travel restriction being that they surrender their passports to their lawyers. Before their indictment, the defendants had prepaid vacations scheduled. One trip is to the Bahamas,

that was sponsored by defendant Brian Beland's employer, between April 26, 2019 and May 5, 2019. The second trip is to Cabo San Lucas for travel between July 28, 2019, and August 4, 2019. Defendants respectfully request permission to travel outside the United States during the dates listed above. The parties further request permission to possess their respective passports for up to one week before and after each trip as necessary to facilitate this travel.

On January 31, 2019, Brian Beland was indicted for three counts of making and subscribing a false tax return, and both Brian and Denae Beland were indicted for one count of endeavoring to obstruct the due administration of internal revenue laws. They made arrangements to appear in court voluntarily for their initial appearance and they were released on their own recognizance.

The defendants request their conditions of release be modified to state: "You may travel to The Bahamas and remain there between April 26, 2019, and May 5, 2019. You shall return to the Eastern District of California no later than May 5, 2019. You are authorized to possess your U.S. Passports between April 20, 2019, and May 10, 2019. You shall return your passports to your attorneys by May 10, 2019. You may travel to Cabo San Lucas, Mexico between July 28, 2019, and August 4, 2019. You are authorized to possess your U.S. Passports between July 21, 2019, and August 11, 2019. You are ordered to return your passports to your attorneys on or before August 11, 2019.

The United States has indicated that it does not oppose this request, but it will object to requests for additional travel.

Respectfully submitted,

Dated: February 11, 2019

/s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
DENAE BELAND

/s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
BRIAN BELAND

**IT IS SO ORDERED**

Dated:  February 14, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE