DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:    (916) 447-8600
Fax:             (916) 930-6482
E-Mail:        davefischer@yahoo.com

Attorney for Defendant
DENAE A. BELAND

# UNITED STATES OF DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>                    v.<br><br>BRIAN D. BELAND<br>DENAE A. BELAND,<br><br>                    Defendants. | Case No.: 2:19-CR-00021 WBS<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER**<br><br>DATE:  March 11, 2019<br>TIME:  9:00 a.m.<br>COURT:  Hon. William B. Shubb |

## STIPULATION

    1.    By previous order, this matter was set for status on March 11, 2019.

    2.    By this stipulation, defendants now move to continue the status conference until June 10, 2019 at 9:00 a.m., and to exclude time between March 11, 2019, and June 10, 2019, under Local Code T4.

- 1 -

3.      The parties agree and stipulate, and request that the Court find the following:

a.      The government has represented that the discovery associated with this case includes over 17,174 pages, several Excel spreadsheets, and several video recordings.   All of this discovery has been produced directly to counsel.

b.      Defense counsel desires additional time to review the discovery, conduct research into the case, to discuss the case with their clients, and otherwise prepare for trial in this matter.

c.      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time for effective preparation, taking into account the exercise of due diligence.

d.      The government does not object to a continuance.

e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.      For the purposes of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et. seq., within which a trial must commence, the time period of March 11, 2019, to June 10, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

//

//

IT IS SO STIPULATED.


Dated: March 4, 2019          McGREGOR W. SCOTT
                              United States Attorney

                                  /s/ Matthew Segal
                              MATTHEW SEGAL
                              Assistant United States Attorney


Dated: March 4, 2019          LAW OFFICES OF DAVID D. FISCHER, APC


                              By   /s/ David D. Fischer
                              DAVID D. FISCHER
                              Attorney for Defendant
                              DENAE A. BELAND


Dated: March 4, 2019              /s/ David W. Dratman
                              DAVID W. DRATMAN
                              Attorney for Defendant
                              BRIAN D. BELAND


**[~~PROPOSED~~] FINDINGS AND ORDER**

IT IS SO FOUND AND ODERED.

Dated: March 6, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE