1  DAVID D. FISCHER, SBN 224900
2  LAW OFFICES OF DAVID D. FISCHER, APC
   5701 Lonetree Blvd., Suite 312
3  Rocklin, CA 95765
   Telephone:    (916) 447-8600
4  Fax:          (916) 930-6482
5  E-Mail:       davefischer@yahoo.com

6  Attorney for Defendant
7  DENAE A. BELAND

8

9              UNITED STATES OF DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,

13             Plaintiff,                    Case No.: 2:19-CR-00021 WBS

14             v.                            **STIPULATION REGARDING
                                             EXCLUDABLE TIME PERIODS
15                                           UNDER SPEEDY TRIAL ACT;
16  BRIAN D. BELAND                          [PROPOSED] FINDINGS AND
    DENAE A. BELAND,                         ORDER**
17
18             Defendants.                   DATE:    June 17, 2019
                                             TIME:    9:00 a.m.
19                                           COURT: Hon. William B. Shubb

20

21

22

23                      **STIPULATION**

24

25      1.    By previous order, this matter was set for status on June 10, 2019, and

26  continued to June 17, 2019 by the Court on May 21, 2019.

27

28

- 1 -

2. By this stipulation, defendants now move to continue the status conference until July 8, 2019 at 9:00 a.m., and to exclude time between June 10, 2019, and July 8, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a. The government has represented that the discovery associated with this case includes over 17,174 pages, several Excel spreadsheets, and several video recordings. All of this discovery has been produced directly to counsel.

b. Defense counsel desires additional time to review the discovery, conduct research into the case, to discuss the case with their clients, and otherwise prepare for trial in this matter.

c. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to a continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purposes of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et. seq., within which a trial must commence, the time period of June 10, 2019 to July 8, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 21, 2019                    McGREGOR W. SCOTT
                                        United States Attorney


                                        _____/s/ Amy Schuller Hitchcock_____
                                        AMY SCHULLER HITCHCOCK
                                        Assistant United States Attorney


Dated:  May 21, 2019                    LAW OFFICES OF DAVID D. FISCHER, APC



                                        By____/s/ David D. Fischer_____
                                        DAVID D. FISCHER
                                        Attorney for Defendant
                                        DENAE A. BELAND




Dated:  May 21, 2019                    _____/s/ David W. Dratman_____
                                        DAVID W. DRATMAN
                                        Attorney for Defendant
                                        BRIAN D. BELAND



**FINDINGS AND ORDER**

    IT IS SO FOUND AND ORDERED.

Dated:  May 24, 2019

                                        _____
                                        WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE