MCGREGOR W. SCOTT
United States Attorney
AMY SCHULLER HITCHCOCK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRIAN D. BELAND, <br> DENAE A. BELAND <br><br> Defendants. | CASE NO. 2:19-CR-00021 WBS <br><br> STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On July 8, 2019, the parties appeared before the Court, and per the parties' request, the matter was set for jury trial on September 29, 2020.

2. For the reasons stated on the record on July 8, 2019 and as set forth below, the Court found the time period of July 8, 2019 through September 29, 2020 to be excluded for the purposes of computing time within trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*. pursuant to Local Code T4. *See* ECF 21.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The discovery associated with this case includes over 17,000 pages of documents, several Excel spreadsheets, and several video recordings. All of this discovery has been either

produced directly to counsel and/or made available for inspection and copying.

       b)      Counsel for defendants desire additional time to review and analyze this voluminous discovery, conduct legal research and factual investigation, confer with their clients, and otherwise prepare for trial. Counsel for the defendants also intend to continue to communicate with the government regarding potential resolution of this case, communications which will result in additional points of research and investigation and consultation with the defendants.

       c)      Counsel for the defendants are investigating retaining the assistance of an expert in this case, and require additional time to identify an appropriate expert(s), meet with any such expert(s), and allow any such expert(s) time to prepare and provide analysis to the defense.

       d)      Counsel for the defendants also have substantial work-related and personal commitments between July 8, 2019 and September 29, 2020, including other cases set for trial in both state and federal court. These commitments will render defense counsel unavailable to prepare this case for trial during certain periods of time between July 8, 2019 and September 29, 2020, and accordingly, additional time is needed for effective preparation.

       e)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Based on the above-stated reasons, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of July 8, 2019 to September 29, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

IT IS SO STIPULATED.

Dated: July 12, 2019                               McGREGOR W. SCOTT
United States Attorney

/s/ AMY SCHULLER HITCHCOCK
AMY SCHULLER HITCHCOCK
Assistant United States Attorney

Dated: July 12, 2019                               /s/ DAVID W. DRATMAN
DAVID W. DRATMAN
Counsel for Defendant
BRIAN D. BELAND

Dated: July 12, 2019                               /s/ DAVID D. FISCHER
DAVID D. FISCHER
Counsel for Defendant
DENAE A. BELAND

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 12, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER RE: EXCLUDABLE TIME

3