DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone: (916) 447-8600
Fax: (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
DENAE A. BELAND

# UNITED STATES OF DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BRIAN D. BELAND<br>DENAE A. BELAND,<br><br>  Defendants. | Case No.: 2:19-CR-00021 WBS<br><br>**STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE AND DUE DATE FOR JOINT STATUS REPORT**<br><br>DATE: January 13, 2020<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

## STIPULATION

1. At the July 8, 2019, status conference, the parties set a trial date of September 29, 2020, and a trial confirmation hearing of August 24, 2020. The court also scheduled a further status conference for January 13, 2020, and a joint status report for January 6, 2020. Time has been excluded up through the trial date.

- 1 -

2. The defense has been reviewing voluminous discovery and working with the Belands' tax attorney to conduct defense investigation and obtain additional records that are necessary to prepare for a meeting with the government to discuss this case. Accordingly, the defendants are requesting a brief continuance of the status conference to February 10, 2020 at 9:00 a.m. in Courtroom 5 (WBS), and a continuance of the deadline for the joint status report to be filed to February 3, 2020. The government has no opposition to this request.

IT IS SO STIPULATED.

Dated: January 6, 2020      McGREGOR W. SCOTT
United States Attorney

                          */s/ Amy Schuller Hitchcock*
AMY SCHULLER HITCHCOCK
Assistant United States Attorney

Dated: January 6, 2020      LAW OFFICES OF DAVID D. FISCHER, APC

By    */s/ David D. Fischer*
DAVID D. FISCHER
Attorney for Defendant
DENAE A. BELAND

Dated: January 6, 2020      */s/ David W. Dratman*
DAVID W. DRATMAN
Attorney for Defendant
BRIAN D. BELAND

**FINDINGS AND ORDER**

   IT IS SO FOUND AND ODERED.

Dated: January 7, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE