1  MCGREGOR W. SCOTT
   United States Attorney
2  AMY S. HITCHCOCK
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00021 WBS |
|---|---|
| Plaintiff, | JOINT STATUS REPORT; STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| BRIAN D. BELAND<br>DENAE A. BELAND, | DATE: February 10, 2020<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record, and defendants Brian D. Beland and Denae A. Beland, by through their counsel of record, hereby submit this joint status report and request to continue the status conference currently set for February 10, 2020 to March 23, 2020.

1. This case is currently set for a jury trial commencing on September 29, 2020. ECF 21. At the time this trial date was set, the Court ordered the parties to appear for further status, and to submit a joint status report (or independent reports) prior to this status. ECF 21. This status conference is currently set for February 10, 2020. ECF 26.

2. Defense counsel continues to review and analyze the voluminous discovery produced by the government in this case, which to date has included over 17,000 pages of documents, several Excel spreadsheets, and several video recordings. Defense counsel also continues to conduct investigation and research into the information in this discovery and the charges, confer with their clients, and otherwise

prepare for trial. This defense preparation has been affected by defense counsel's other substantial work-related and personal commitments, as noted in the previously submitted Stipulation, including counsel for defendant Denae Beland's participation in a state court trial in January 2020. Nevertheless, defense counsel continues to diligently prepare for trial and confer with the government regarding resolution.

3. Defense counsel and the United States continue to meet and confer. The parties are scheduled to meet to further discuss case status and resolution on March 5, 2020. The United States anticipates extending a plea offer prior to this meeting.

4. In light of the above, the parties jointly request that the status conference currently set for February 10, 2020 be continued to March 23, 2020, so that the parties can provide the Court at that time a status update regarding these meet and confer efforts, defense preparation, and any other issues that may arise.

5. By previous findings and order of the court, time until September 29, 2020 has been deemed excluded for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4]. For the reasons set forth above, defense counsel continues to believe that this time is needed for effective preparation, and that the ends of justice served by continuing the case as requested continue to outweigh the interest of the public and the defendants in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 3, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ AMY S. HITCHCOCK
AMY S. HITCHCOCK
Assistant United States Attorney

Dated: February 3, 2020         /s/ DAVID D. FISCHER
                                DAVID D. FISCHER
                                Counsel for Defendant
                                DENAE A. BELAND

Dated: February 3, 2020         /s/ DAVID W. DRATMAN
                                DAVID W. DRATMAN
                                Counsel for Defendant
                                BRIAN D. BELAND

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: February 3, 2020

_WILLIAM B. SHUBB_
UNITED STATES DISTRICT JUDGE