DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone: (916) 447-8600
Fax: (916) 930-6482
E-Mail: davefischer@yahoo.com

Attorney for Defendant
DENAE A. BELAND

# UNITED STATES OF DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>BRIAN D. BELAND<br>DENAE A. BELAND,<br><br>　　　　Defendants. | Case No.: 2:19-CR-00021 WBS<br><br>**STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE**<br><br>DATE: March 23, 2020<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1. At the July 8, 2019, status conference, the parties set a trial date of September 29, 2020, and a trial confirmation hearing of August 24, 2020. By previous order, a further status conference was scheduled for March 23, 2020. Time has been excluded up through the trial date.

2. Defense counsel continues to review and analyze the 17,000 pages of documents, several Excel spreadsheets, and video recordings in this case. Defense

- 1 -

1 | counsel continues to conduct investigation and research into the information in this discovery and the charges, confer with their clients, and otherwise prepare for trial.

3. The parties jointly request that the status conference currently set for March 23, 2020, be continued to April 27, 2020, so that the defense can continue to prepare for trial and the parties can provide the Court at that time with an update regarding the case and any other issues that may arise.

4. By previous findings and order of the court, time until September 29, 2020 has been deemed excluded for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4]. For the reasons set forth above, defense counsel continues to believe that this time is needed for effective preparation, and that the ends of justice served by continuing the case as requested continue to outweigh the interest of the public and the defendants in a speedy trial.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 16, 2020  McGREGOR W. SCOTT
United States Attorney

*/s/ Amy Schuller Hitchcock*
AMY SCHULLER HITCHCOCK
Assistant United States Attorney

Dated: March 16, 2020  LAW OFFICES OF DAVID D. FISCHER, APC

By *  /s/ David D. Fischer*
DAVID D. FISCHER
Attorney for Defendant
DENAE A. BELAND

Dated: March 16, 2020          /s/ David W. Dratman
                               DAVID W. DRATMAN
                               Attorney for Defendant
                               BRIAN D. BELAND

**ORDER**

In light of the current evolving situation with regard to the Coronavirus and this court's General Orders relating thereto, the status conference currently set for March 23, 2020, is dropped from the calendar.

IT IS SO ORDERED.
Dated: March 19, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE