PHILLIP A. TALBERT
Acting United States Attorney
VERONICA M.A. ALEGRÍA
MATTHEW D. SEGAL
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00021 WBS |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE TRIAL CONFIRMATION HEARING AND TRIAL DATES, SET BRIEFING SCHEDULE, AND EXCLUDE TIME |
| v. | |
| BRIAN D. BELAND<br>DENAE A. BELAND, | DATE: July 12, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorneys Veronica M.A. Alegría and Matthew D. Segal, and defendants Brian D. Beland and Denae A. Beland, by through their counsel of record, hereby request to continue the trial confirmation hearing currently set for July 12, 2021, to January 24, 2022 at 9:00 a.m., continue the trial currently set for August 31, 2021, to February 23, 2022 at 9:00 a.m., set a briefing schedule for defendant's motion to dismiss, and exclude time.

1. This case is currently set for a jury trial commencing on for August 31, 2021; the trial confirmation hearing is currently set for July 12, 2021. ECF 35.

2. The government initially produced over 17,000 pages of documents, several Excel spreadsheets, and several video recordings. In response to defendants' discovery demands, in March 2021, the government produced almost 5,000 pages of additional discovery.

REQUEST TO CONTINUE, SET HEARING, EXCLUDE
TIME; ORDER

1

3. Defense counsel continues to review and analyze the voluminous discovery. Defense counsel also continues to conduct investigation and research into the information in this discovery and the charges, confer with their clients, and otherwise prepare for trial. Defense counsel currently has numerous significant trials scheduled, as well as other substantial work-related and personal commitments, that require the continuance of this trial date. Nevertheless, defense counsel continues to diligently prepare for trial and confer with the government regarding resolution. Indeed, defense counsel is researching and drafting a motion to dismiss the indictment.

4. The government does not object to the continuance.

5. The continuance is not based on the congestion of the Court.

6. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

7. In light of the above, the parties jointly request that the trial confirmation hearing be continued to January 24, 2022 at 9:00 a.m., the trial be continued to February 23, 2022 at 9:00 a.m., and that the Court set the following briefing schedule for defendants' motion to dismiss: defendants' motion due November 1, 2021; government's opposition due November 15, 2021; defendants' reply due November 29, 2021; and a motion hearing on December 6, 2021, at 9:00 a.m.

8. By previous findings and order of the court, time until August 31, 2021, has been deemed excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4]. ECF 35.

9. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 31, 2021, to February 23, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//

REQUEST TO CONTINUE, SET HEARING, EXCLUDE TIME; ORDER

2

//

10. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 7, 2021    PHILLIP A. TALBERT
Acting United States Attorney

/s/ VERONICA M.A. ALEGRÍA
VERONICA M.A. ALEGRÍA
MATTHEW D. SEGAL
Assistant United States Attorneys

Dated: July 7, 2021    /s/ DAVID D. FISCHER
DAVID D. FISCHER
Counsel for Defendant
DENAE A. BELAND

Dated: July 7, 2021    /s/ DAVID W. DRATMAN
DAVID W. DRATMAN
Counsel for Defendant
BRIAN D. BELAND

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: July 7, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE