DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone: (916) 447-8600
Facsimile: (916) 930-6482
Email: david.fischer@fischerlawoffice.com

Attorney for Defendant
DENAE BELAND

DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, CA 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
BRIAN BELAND

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN BELAND and DENAE BELAND,<br><br>Defendants. | CR.S. No. 2:19-cr-0021 WBS<br><br>**AMENDED UNOPPOSED MOTION AND [~~PROPOSED~~] ORDER TO MODIFY CONDITIONS OF RELEASE TO ALLOW FOR TRAVEL** |

The Court previously authorized the defendants to travel Cabo San Lucas for vacation between July 28, 2021 to August 11, 2021 (ECF Doc 37). Their travel plans

have changed slightly, and they are requesting to travel between July 24, 2021 and August 7, 2021 instead.

Defendants have been released on their own recognizance with the only travel restriction being that they surrender their passports to their lawyers. Defendants respectfully request permission to travel outside the United States sometime between July 24, 2021, and August 7, 2021, to Cabo San Lucas to celebrate their wedding anniversary. They own a timeshare and, before COVID, routinely celebrated their anniversary there. The defendants traveled to Cabo San Lucas to celebrate their anniversary in 2019, while released on their own recognizance without any issues. The defendants further request permission to possess their respective passports for up to one week before and after each trip as necessary to facilitate this travel.

On January 31, 2019, Brian Beland was indicted for three counts of making and subscribing a false tax return, and both Brian and Denae Beland were indicted for one count of endeavoring to obstruct the due administration of internal revenue laws. They made arrangements to appear in court voluntarily for their initial appearance and they were released on their own recognizance.

The defendants request their conditions of release be modified to state: "You may travel to Cabo San Lucas any time between July 24, 2021, and remain there until any time up to August 7, 2021. You shall return to the Eastern District of California no later than August 7, 2021. You are authorized to possess your U.S. Passports between July 16, 2021, and August 13, 2021. You shall return your passports to your attorneys by August 13, 2021."

The United States has indicated that it does not oppose this request.

Respectfully submitted,

Dated: July 8, 2021

/s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
DENAE BELAND

/s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
BRIAN BELAND

**IT IS SO ORDERED**

Dated: July 8, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE