DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:   (916) 447-8600
Fax:            (916) 930-6482
E-Mail:       david.fischer@fischerlawoffice.com

Attorney for Defendant
DENAE A. BELAND

# UNITED STATES OF DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN D. BELAND<br>DENAE A. BELAND,<br><br>Defendants. | Case No.: 2:19-CR-00021 WBS<br><br>**STIPULATION AND ORDER TO RESET BRIEFING SCHEDULE** |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney Veronica M.A. Alegria, and defendants Brian D. Beland and Denae A. Beland, by and through their counsel of record, hereby request to reset the briefing schedule for defendant's motion to dismiss.

1. This case is currently set for a jury trial commencing on for February 23, 2022; the trial confirmation hearing is currently set for January 24, 2022. ECF No. 39

2. The government initially produced over 17,000 pages of documents, several Excel Spreadsheets, and several video recordings. In response to the defendants' demand, in March 2021, the government produced almost 5,000 pages of additional discovery.

3. Defense counsel needs additional time to prepare their motion to dismiss.

4. In light of the above, the parties jointly request that the Court reset the following briefing schedule for the defendants' motion to dismiss: defendants' motion due November 29, 2021; government's opposition due December 13, 2021; defendants' reply due January 5, 2022, and a hearing on the motion January 10, 2022 at 9:00 a.m.

IT IS SO STIPULATED.

Dated:  October 29, 2021  Phillip A. Talbert
Acting United States Attorney

      */s/ Veronica M.A. Alegria*
VERONICA M.A. ALEGRIA
Assistant United States Attorney

Dated: October 29, 2021   LAW OFFICES OF DAVID D. FISCHER, APC

By   */s/ David D. Fischer*
DAVID D. FISCHER
Attorney for Defendant
DENAE A. BELAND

Dated:  October 29, 2021        */s/ David W. Dratman*
DAVID W. DRATMAN
Attorney for Defendant
BRIAN D. BELAND

**FINDINGS AND ORDER**

IT IS SO FOUND AND ODERED.

Dated:  November 1, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE