PHILLIP A. TALBERT
Acting United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:19-CR-00021 WBS |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE HEARING AND TRIAL DATES AND EXCLUDE TIME |
| v. | |
| BRIAN D. BELAND<br>DENAE A. BELAND, | PROPOSED TRIAL DATE: March 3, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney Veronica M.A. Alegría, and defendants Brian D. Beland and Denae A. Beland, by through their counsel of record, hereby request to continue the motion to dismiss hearing from January 10, 2022, to March 14, 2022 at 9:00 a.m.; the trial confirmation hearing from January 24, 2022, to April 4, 2022 at 9:00 a.m.; and the trial date from February 23, 2022, to May 3, 2022 at 9:00 a.m.; and to exclude time.

1.      This case is currently set for a jury trial commencing on February 23, 2022; the trial confirmation hearing is currently set for January 24, 2022; the hearing on defendants' motion to dismiss is currently set for January 10, 2022.

2.      The government initially produced over 17,000 pages of documents, several Excel spreadsheets, and several video recordings.  In response to defendants' discovery demands, in March 2021, the government produced almost 5,000 pages of additional discovery.

3.      Defense counsel continues to review and analyze the voluminous discovery.  Defense

1  counsel also continues to conduct investigation and research into the information in this discovery and

2  the charges, confer with their clients, and otherwise prepare for trial.  Defense counsel currently has

3  numerous significant trials scheduled, as well as other substantial work-related and personal

4  commitments, that require the continuance of this trial date.  Nevertheless, defense counsel continues to

5  diligently prepare for trial and confer with the government regarding resolution.  Defense counsel also

6  needs additional time to research and draft their motion to dismiss the indictment.

7       4.     The government does not object to the continuance.

8       5.     The continuance is not based on the congestion of the Court.

9       6.     Based on the above-stated findings, the ends of justice served by continuing the case as

10  requested outweigh the interest of the public and the defendant in a trial within the original date

11  prescribed by the Speedy Trial Act.

12       7.     In light of the above, the parties jointly request that the trial confirmation hearing be

13  continued to April 4, 2022, the trial be continued to May 3, 2022, and that the Court set the following

14  briefing schedule for defendants' motion to dismiss:  defendants' motion due February 7, 2022;

15  government's opposition due February 28, 2022; defendants' reply due March 7, 2022; and a motion

16  hearing on March 14, 2022, at 9:00 a.m.

17       8.     By previous findings and order of the court, time until February 23, 2022, has been

18  deemed excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

19       9.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*,

20  within which trial must commence, the time period of February 23, 2022, to May 3, 2022, inclusive, is

21  deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from

22  a continuance granted by the Court at defendant's request on the basis of the Court's finding that the

23  ends of justice served by taking such action outweigh the best interest of the public and the defendant in

24  a speedy trial.

25  //

26  //

27  //

28  //

1    10.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4       IT IS SO STIPULATED.

5  Dated: November 30, 2021                    PHILLIP A. TALBERT
                                               Acting United States Attorney
6

7                                              /s/ *Veronica M.A. Alegría*
                                               VERONICA M.A. ALEGRÍA
8                                              Assistant United States Attorney

9

10 Dated: November 30, 2021                    /s/ David D. Fischer
                                               DAVID D. FISCHER
11                                             Counsel for Defendant
                                               DENAE A. BELAND
12

13 Dated: November 30, 2021                    /s/ David W. Dratman
                                               DAVID W. DRATMAN
14                                             Counsel for Defendant
                                               BRIAN D. BELAND
15

16

17

                                    **FINDINGS AND ORDER**
18

19      IT IS SO FOUND AND ORDERED.

20      Dated:  November 30, 2021

                                               WILLIAM B. SHUBB
21                                             UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28