PHILLIP A. TALBERT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN D. BELAND<br>DENAE A. BELAND,<br><br>Defendants. | CASE NO. 2:19-CR-00021 WBS<br><br>STIPULATION AND ORDER TO CONTINUE HEARING AND TRIAL DATES AND EXCLUDE TIME<br><br>PROPOSED TRIAL DATE: August 22, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney Veronica M.A. Alegría, and defendants Brian D. Beland and Denae A. Beland, by through their counsel of record, hereby request to continue the motion to dismiss hearing from March 14, 2022, to April 11, 2022; the trial confirmation hearing from April 4, 2022, to June 27, 2022; and the trial date from May 3, 2022, to August 23, 2022; and to exclude time.

1. This case is currently set for a jury trial commencing on May 3, 2022; the trial confirmation hearing is currently set for April 4, 2022; and the hearing on defendants' motion to dismiss is currently set for March 14, 2022.

2. The government initially produced over 17,000 pages of documents, several Excel spreadsheets, and several video recordings. In response to defendants' discovery demands, in March 2021, the government produced almost 5,000 pages of additional discovery. Defense recently made an additional discovery demand of the government, which the government is endeavoring to comply with.

3. Defense counsel continues to review and analyze the voluminous discovery. Defense counsel also continues to conduct investigation and research into the information in this discovery and the charges, confer with their clients, and otherwise prepare for trial. Defense counsel currently has numerous significant trials scheduled, as well as other substantial work-related and personal commitments, that require the continuance of this trial date. Nevertheless, defense counsel continues to diligently prepare for trial and confer with the government regarding resolution. Defense counsel also needs additional time to research and draft their motion to dismiss the indictment.

4. The government does not object to the continuance.

5. The continuance is not based on the congestion of the Court.

6. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

7. In light of the above, the parties jointly request that the trial confirmation hearing be continued to **June 27, 2022 at 9:00 a.m**., the trial be continued to **August 23, 2022 at 9:00 a.m**., and that the Court set the following briefing schedule for defendants' motion to dismiss: defendants' motion due February 28, 2022; government's opposition due March 21, 2022; defendants' reply due March 28, 2022; and a motion hearing on **April 11, 2022, at 9:00 a.m.**

8. By previous findings and order of the court, time until May 3, 2022, has been deemed excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

9. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 3, 2022, to August 23, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//

10. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 7, 2022         PHILLIP A. TALBERT
                                United States Attorney


                                /s/ *Veronica M.A. Alegría*
                                VERONICA M.A. ALEGRÍA
                                Assistant United States Attorney


Dated: February 7, 2022         /s/ *David D. Fischer*
                                DAVID D. FISCHER
                                Counsel for Defendant
                                DENAE A. BELAND


Dated: February 7, 2022         /s/ *David W. Dratman*
                                DAVID W. DRATMAN
                                Counsel for Defendant
                                BRIAN D. BELAND


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: February 7, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE