UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>BRIAN D. BELAND and DENAE A. BELAND,<br><br>        Defendants. | No. 2:19-CR-21 WBS<br><br>ORDER RE: REQUEST TO SEAL |

----oo0oo----

Defendants have filed a Notice of Request to Seal (Docket No. 55) seeking to seal their motion to dismiss and accompanying memorandum and exhibits, stating that sealing these documents is appropriate because the documents contain "personal identifying information, other confidential third-party information, and attorney-client privileged materials." However, defendants do not explain why sealing the entirety of the motion and exhibits is necessary. Further, defendants do not identify, and the court is unaware of, what information in the motion or

1

exhibits constitute protected personal identifying information, confidential third-party information, or attorney-client privileged materials.[1]

   The court finds that public policies favoring disclosure of the motion and exhibits warrant against sealing the motion and exhibits in their entirety.  See <u>Kamakana v. City & County of Honolulu</u>, 447 F.3d 1172, 1178-79 (9th Cir. 2006). However, the court will consider a more tailored request in which defendants identify the specific protected information and provide the court with proposed redactions such that any protected information will not be revealed to the public while allowing the public access to all unprotected information.

   IT IS THEREFORE ORDERED that defendants' Request to Seal (Docket No. 55) be, and the same hereby is, DENIED without prejudice.

Dated:  March 2, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that in exhibits provided to the court, defendants' Social Security numbers appear to have already been redacted in whole or in part.