PHILLIP A. TALBERT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00021 WBS |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO EXTEND DEADLINES AND HEARING DATE FOR DEFENDANT'S MOTION TO DISMISS |
| v. | |
| BRIAN D. BELAND<br>DENAE A. BELAND, | MOTION HEARING DATE: April 11, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney Veronica M.A. Alegría, and defendants Brian D. Beland and Denae A. Beland, by through their counsel of record, hereby request to extend the deadlines for the parties' responses to defendants' motion to dismiss and the hearing date by one-two weeks, but otherwise change no trial dates.

1. This case is currently set for a jury trial commencing on August 23, 2022; the trial confirmation hearing is currently set for June 27, 2022. (ECF 52.)

2. On February 8, 2022, the Court set the following schedule for defendants' motion to dismiss:

    a) Defendants' motion due February 28, 2022;

    b) Government's opposition due March 21, 2022;

    c) Defendants' reply due March 28, 2022; and

    d) A motion hearing on April 11, 2022, at 9:00 a.m. (ECF 52.)

3. On February 28, 2022, defendants sought to file their motion to dismiss under seal. (ECF 55-56.) The motion is 41 pages long and references 45 separate exhibits.

4. The Court denied defendants' motion to seal without prejudice. (ECF 57.) Defendants plan to file a redacted copy of their motion, but have not yet done so.

5. The government needs additional time to respond to defendants' lengthy motion and speak with multiple witnesses. The government also awaits the defendants' filing of the redacted portion of defendants' motion so that the government can redact or file under seal, if necessary.

6. Defense counsel needs additional time to reply, as counsel for defendant Brian D. Beland is scheduled to be in trial in this Court on April 5, 2022.

7. The parties' request an extension of their response deadlines and the motion hearing date by one to two weeks. The new deadlines would be:

   a) Government's opposition due March 28, 2022;

   b) Defendants' reply due April 11, 2022; and

   c) A motion hearing on April 18, 2022, at 9:00 a.m.

IT IS SO STIPULATED.

Dated: March 21, 2022							PHILLIP A. TALBERT
									United States Attorney

									/s/ *Veronica M.A. Alegría*
									VERONICA M.A. ALEGRÍA
									Assistant United States Attorney

Dated: March 21, 2022							/s/ *David D. Fischer*
									DAVID D. FISCHER
									Counsel for Defendant
									DENAE A. BELAND

Dated: March 21, 2022							/s/ *David W. Dratman*
									DAVID W. DRATMAN
									Counsel for Defendant
									BRIAN D. BELAND

REQUEST TO CONTINUE MOTION RESPONSE
DEADLINES; ORDER

2

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: March 21, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE