DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:   (916) 447-8600
Fax:              (916) 930-6482
E-Mail:        david.fischer@fischerlawoffice.com

Attorney for Defendant
DENAE A. BELAND

# UNITED STATES OF DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN D. BELAND<br>DENAE A. BELAND,<br><br>Defendants. | Case No.: 2:19-CR-00021 WBS<br><br>**STIPULATION AND ORDER TO RESET MOTION HEARING DATE** |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney Veronica M.A. Alegria, and defendants Brian D. Beland and Denae A. Beland, by and through their counsel of record, hereby request to reset the hearing for the motion to dismiss to May 9, 2022, at 9:00 a.m.  The current hearing date is April 18, 2022.   Defense counsel needs additional time to prepare for the motion hearing.

In light of the above, the parties jointly request that the Court set the motion hearing for May 9, 2022, at 9:00 a.m.

- 1 -

IT IS SO STIPULATED.

Dated:  March 29, 2022          Phillip A. Talbert
                                United States Attorney

                                    */s/ Veronica M.A. Alegria*
                                VERONICA M.A. ALEGRIA
                                Assistant United States Attorney


Dated: March 29, 2022           LAW OFFICES OF DAVID D. FISCHER, APC


                                By    */s/ David D. Fischer*
                                DAVID D. FISCHER
                                Attorney for Defendant
                                DENAE A. BELAND


Dated:  March 29, 2022              */s/ David W. Dratman*
                                DAVID W. DRATMAN
                                Attorney for Defendant
                                BRIAN D. BELAND


**FINDINGS AND ORDER**

IT IS SO FOUND AND ODERED.

Dated: March 31, 2022           [signature]
                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE