DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:    (916) 447-8600
Fax:                (916) 930-6482
E-Mail:          david.fischer@fischerlawoffice.com

Attorney for Defendant
DENAE A. BELAND

# UNITED STATES OF DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN D. BELAND<br>DENAE A. BELAND,<br><br>Defendants. | Case No.: 2:19-CR-00021 WBS<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR THE DEFENDANTS TO FILE REPLY BRIEF TO APRIL 18, 2022** |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney Veronica M.A. Alegria, and defendants Brian D. Beland and Denae A. Beland, by and through their counsel of record, hereby request to reset the deadline for filing the defendants' reply to April 18, 2022. Defense counsel needs additional time to complete the reply brief.

In light of the above, the parties jointly request that the Court reset the deadline for the defendants to file their reply brief to April 18, 2022.

The parties wish to maintain the currently scheduled hearing date of May 9, 2022, at 9:00 a.m.

- 1 -

IT IS SO STIPULATED.

Dated: April 8, 2022          Phillip A. Talbert
                              United States Attorney

                              */s/ Veronica M.A. Alegria*
                              VERONICA M.A. ALEGRIA
                              Assistant United States Attorney

Dated: April 8, 2022          LAW OFFICES OF DAVID D. FISCHER, APC


                              By   */s/ David D. Fischer*
                              DAVID D. FISCHER
                              Attorney for Defendant
                              DENAE A. BELAND


Dated: April 8, 2022               */s/ David W. Dratman*
                              DAVID W. DRATMAN
                              Attorney for Defendant
                              BRIAN D. BELAND


**FINDINGS AND ORDER**

IT IS SO FOUND AND ODERED.

Dated: April 11, 2022

                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE

- 2 -