DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:   (916) 447-8600
Fax:              (916) 930-6482
E-Mail:         david.fischer@fischerlawoffice.com

Attorney for Defendant
DENAE A. BELAND


DAVID W. DRATMAN, SBN 78764
ATTORNEY AT LAW
601 University Ave, Suite 145
Sacramento, CA 95825
Telephone:   (916) 443-2000
Fax:              (916) 443-0989
E-Mail:         dwdratman@aol.com

Attorney for Defendant
BRIAN BELAND

# UNITED STATES OF DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>BRIAN D. BELAND<br>DENAE A. BELAND,<br><br>           Defendants. | Case No.: 2:19-CR-00021 WBS<br><br>**ORDER SEALING DEFENDANTS' EXHIBITS Y, Z, AND KK TO THEIR MOTION TO DISMISS, AS SET FORTH IN DEFENDANTS' NOTICE** |

     Pursuant to Local Rule 141(b) and based upon the representation contained in the defendants' Request to Seal, IT IS HEREBY ORDERED that the Defendants' Exhibits Y, Z, and KK, which are memorandums and e-mails from the IRS, pertaining to the

- 1 -

prosecution of defendants Brian D. Beland and Denae A. Beland and attached to the Defendants' Motion to Dismiss shall be SEALED until further order of this Court. It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendants. The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon,* 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the defendants' request, sealing the defendants' exhibits Y, Z, and KK serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed.

In light of the public filing of its request and application to seal, the Court further finds that there are no additional alternatives to sealing the defendants' exhibits Y, Z, and KK that would adequately protect the compelling interests identified by the defendants.

Dated:  April 15, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE