DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:   (916) 447-8600
Fax:         (916) 930-6482
E-Mail:      david.fischer@fischerlawoffice.com

Attorney for Defendant
DENAE A. BELAND

# UNITED STATES OF DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN D. BELAND<br>DENAE A. BELAND,<br><br>    Defendants. | Case No.: 2:19-CR-00021 WBS<br><br>**STIPULATION AND ORDER REQUESTING A STATUS CONFERENCE FOR MAY 2, 2022** |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney Veronica M.A. Alegria, and defendants Brian D. Beland and Denae A. Beland, by and through their counsel of record, hereby request a status conference for May 2, 2022, at 9:00 a.m.  The parties would like to discuss whether the Court will grant the defendants' request for an evidentiary hearing, and to set a date for an in-person evidentiary hearing.  The parties estimate the evidentiary hearing would last at least one half day, and maybe up to one full court day.

IT IS SO STIPULATED.

Dated: April 26, 2022         Phillip A. Talbert
                              United States Attorney

                                   */s/ Veronica M.A. Alegria*
                              VERONICA M.A. ALEGRIA
                              Assistant United States Attorney

Dated: April 26, 2022         LAW OFFICES OF DAVID D. FISCHER, APC


                              By    */s/ David D. Fischer*
                              DAVID D. FISCHER
                              Attorney for Defendant
                              DENAE A. BELAND


Dated: April 26, 2022         */s/ David W. Dratman*
                              DAVID W. DRATMAN
                              Attorney for Defendant
                              BRIAN D. BELAND


**FINDINGS AND ORDER**

IT IS SO FOUND AND ODERED.

Dated: April 27, 2022

                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE