1   PHILLIP A. TALBERT
United States Attorney
2   VERONICA M.A. ALEGRÍA
LEE S. BICKLEY
3   Assistant United States Attorneys
501 I Street, Suite 10-100
4   Sacramento, CA 95814
Telephone:  (916) 554-2700
5   Facsimile:   (916) 554-2900

6
Attorneys for Plaintiff
7   United States of America

8                           IN THE UNITED STATES DISTRICT COURT

9                            EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    CASE NO.  2:19-CR-00021 WBS

12                         Plaintiff,             STIPULATION AND ORDER TO CONTINUE
                                                  HEARING DATE FOR DEFENDANTS' MOTION
13              v.                                TO DISMISS

14   BRIAN D. BELAND                              MOTION HEARING DATE: May 9, 2022
DENAE A. BELAND,                                  TIME: 9:00 a.m.
15                                                COURT: Hon. William B. Shubb

16                         Defendants.

17

18          Plaintiff United States of America, by and through its counsel of record Assistant United States

19   Attorneys Veronica M.A. Alegría and Lee S. Bickley, and defendants Brian D. Beland and Denae A.

20   Beland, by through their counsel of record David D. Fischer and David W. Dratman, hereby request the

21   Court continue the hearing on defendants' motion to dismiss and schedule the evidentiary hearing on

22   May 17 and 19, 2022.

23          1.      This case is currently set for a jury trial commencing on August 23, 2022; the trial

24   confirmation hearing is currently set for June 27, 2022.  (ECF 52.)

25          2.      Defendants have filed a motion to dismiss, which the government opposed.  (ECF 55, 60,

26   67, 72.)  The Court scheduled the hearing on Defendants' motion on May 9, 2022, at 9:00 a.m.  (ECF

27   65.)

28          3.      At a status conference on May 2, 2022, the Court granted Defendants' request for an

REQUEST TO CONTINUE MOTION TO DISMISS          1
HEARING; ORDER

1   evidentiary hearing.  (ECF 75.)  The parties estimate that the hearing will last 1-2 days.

2          4.          After conferring, the parties jointly request that the Court:

3                  a)          Vacate the current motion to dismiss hearing date of May 9, 2022; and

4                  b)          Schedule an evidentiary hearing for the motion to dismiss on May 17 and 19,

5          2022 at 9:00 a.m., t**o be held in person, in Courtroom 5, 14th Floor.**

6          IT IS SO STIPULATED.

7   Dated: May 4, 2022                              PHILLIP A. TALBERT
                                                    United States Attorney
8

9                                                   /s/ *Veronica M.A. Alegría*
                                                    VERONICA M.A. ALEGRÍA
10                                                  LEE S. BICKLEY
                                                    Assistant United States Attorneys
11

12

13  Dated: May 4, 2022                              /s/ *David D. Fischer*
                                                    DAVID D. FISCHER
                                                    Counsel for Defendant
14                                                  DENAE A. BELAND

15

16  Dated: May 4, 2022                              /s/ *David W. Dratman*
                                                    DAVID W. DRATMAN
                                                    Counsel for Defendant
17                                                  BRIAN D. BELAND

18

19

20                              **FINDINGS AND ORDER**

21          IT IS SO FOUND AND ORDERED:

22  Dated:  May 4, 2022

23                                                  WILLIAM B. SHUBB
                                                    UNITED STATES DISTRICT JUDGE
24

25

26

27

28

REQUEST TO CONTINUE MOTION TO DISMISS                    2
HEARING; ORDER