| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | VERONICA M.A. ALEGRÍA |
| | LEE S. BICKLEY |
| 3 | Assistant United States Attorneys |
| | 501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 554-2700 |
| 5 | Facsimile:  (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00021 WBS |
| Plaintiff, | MOTION AND ORDER TO DISCLOSE SEALED GRAND JURY TRANSCRIPT |
| v. | |
| BRIAN D. BELAND | |
| DENAE A. BELAND, | |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorneys Veronica M.A. Alegría and Lee S. Bickley hereby request the Court to order the disclosure of a sealed Grand Jury transcript.

This case is currently set for a hearing on Defendants' Motion to Dismiss on May 17 and 19, 2022. One of the witnesses the United States will call during the hearing is IRS-CI Special Agent Jason Lamb. On January 24, 2019, Special Agent Lamb testified before the Grand Jury in this case.

Under Rule 6(e), government must maintain the secrecy of the proceedings of the Grand Jury. Fed. R. Crim. Pro. 6(e)(2), 6(e)(6). However, the Court may authorize disclosure of a grand-jury matter, *inter alia*, "preliminarily to or in connection with a judicial proceeding." Fed. R. Crim. Pro. 6(e)(3)(E); *see also Douglas Oil Co. of California v. Petrol Stops Nw.*, 441 U.S. 211, 225 (1979).

Accordingly, in order for the United States to comply with its discovery obligations pursuant to

*Jencks v. United States*, 353 U.S. 657 (1957) and its progeny, the government requests the Court to order the disclosure of the January 24, 2019 Grand Jury transcript containing the testimony of Special Agent Lamb.

Dated: May 12, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ *Veronica M.A. Alegría*
VERONICA M.A. ALEGRÍA
LEE S. BICKLEY
Assistant United States Attorneys

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  May 12, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE