PHILLIP A. TALBERT
United States Attorney
VERONICA M.A. ALEGRÍA
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN D. BELAND<br>DENAE A. BELAND,<br><br>Defendants. | CASE NO. 2:19-CR-00021 WBS<br><br>STIPULATION AND ORDER TO CONTINUE HEARING FOR DEFENDANTS' MOTION TO DISMISS<br><br>MOTION HEARING DATES: May 17 & 19, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorneys Veronica M.A. Alegría and Lee S. Bickley, and defendants Brian D. Beland and Denae A. Beland, by through their counsel of record David D. Fischer and David W. Dratman, hereby request the Court continue the evidentiary hearing to June 28 and 29, 2022.

1. This case is currently set for a jury trial commencing on August 23, 2022; the trial confirmation hearing is currently set for June 27, 2022. (ECF 52.)

2. Defendants have filed a motion to dismiss, which the government opposed. (ECF 55, 60, 67, 72.) The Court scheduled an evidentiary hearing on Defendants' motion on May 17 & 19, 2022, at 9:00 a.m. (ECF 78.)

3. The parties estimate that the hearing will last 1-2 days.

4. After conferring, the parties jointly request that the Court continue the evidentiary

hearing for the motion to dismiss until June 28 and 29, 2022.

IT IS SO STIPULATED.

Dated: May 16, 2022                         PHILLIP A. TALBERT
                                            United States Attorney


                                            /s/ *Veronica M.A. Alegría*
                                            VERONICA M.A. ALEGRÍA
                                            LEE S. BICKLEY
                                            Assistant United States Attorneys


Dated: May 16, 2022                         /s/ *David D. Fischer*
                                            DAVID D. FISCHER
                                            Counsel for Defendant
                                            DENAE A. BELAND


Dated: May 16, 2022                         /s/ *David W. Dratman*
                                            DAVID W. DRATMAN
                                            Counsel for Defendant
                                            BRIAN D. BELAND


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 16, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE