# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# BEFORE THE HONORABLE WILLIAM B. SHUBB, JUDGE

## CRIMINAL MINUTES - EVIDENTIARY HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                  Plaintiff,<br><br>vs.<br><br>1) BRIAN BELAND,<br>2) DENAE BELAND,<br><br>                                  Defendants. | Time in Court:   0:27<br><br>CASE #:  2:19cr00021 WBS<br><br>DATE:   9/1/2022<br><br>Courtroom Deputy: Karen Kirksey Smith<br><br>Court Reporter:   Thresha Spencer |

| Appearance(s) for Government: | Appearance(s) for Defendant(s): |
|---|---|
| Lee Bickley, AUSA | David Dratman, Retained<br>**Deft 1:** Brian Beland (Pres/Out of Custody)<br><br>David Fischer, Retained<br>**Deft 2:** Denae Beland (Pres/Out of Custody) |

Proceedings:   **Evidentiary Hearing re Defendants' Motion to Dismiss (Docket #67) - DAY 7**

| | |
|---|---|
| 9:03 a.m. | Hearing resumes.   Court states **FINDINGS** on the record and **DENIES** Defendants' Motion to Dismiss (Docket #67).  The current Trial Confirmation Hearing date of January 30, 2023 and Jury Trial date of March 7, 2023 shall remain as set. |
| 9:30 a.m. | Court Adjourned. |

**Other:**   Filed Exhibit Lists and Witness Lists.