PHILLIP A. TALBERT
United States Attorney
VERONICA M.A. ALEGRÍA
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00021 WBS |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING HEARING |
| v. | |
| BRIAN D. BELAND<br>DENAE A. BELAND, | CURRENT HEARING DATE: June 20, 2023<br>[PROPOSED] HEARING DATE: July 24, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |
| Defendants. | |

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorneys Veronica M.A. Alegría and Lee S. Bickley, and defendants Brian D. Beland and Denae A. Beland, by through their counsel of record David D. Fischer and David W. Dratman, hereby files a stipulation continuing the current sentencing hearing date to July 24, 2023.

1.  The sentencing hearing in this case is currently set for June 20, 2023, with the following Presentence Report ("PSR") and briefing schedule:

|  | Current Date |
|---|---|
| Draft PSR Disclosed | May 9, 2023 |
| Informal Objections Due | May 23, 2023 |
| Final PSR Disclosed | May 30, 2023 |
| Motion for Correction | June 6, 2023 |
| Reply Due | June 13, 2023 |
| Sentencing Date | June 20, 2023 at 9:00 a.m. |

STIPULATION CONTINUING SENTENCING HEARING; ORDER

1

2. The Probation Officer in this case timely disclosed the Draft PSR to the parties on May 9, 2023. The parties timely shared their informal objections to the PSR on May 23, 2023.

3. After receiving the informal objections, the Probation Officer informed the parties that she was on medical leave and would not be able to timely complete the Final PSR, as she was not even cleared for "light duty." Then the Supervising U.S. Probation Officer informed the parties that the Probation Officer would not return to the office until the week of June 14, and the earliest the Final PSR could be completed was June 26, 2023.

4. Given the fact that the Probation Officer is currently on medical leave and the Final PSR will not be completed until June 26, the parties jointly agree to continuing the sentencing hearing and to the following schedule:

|  | Proposed Date |
| --- | --- |
| Final PSR Disclosed | June 26, 2023 |
| Motion for Correction | July 10, 2023 |
| Reply Due | July 17, 2023 |
| Sentencing Date | **July 24, 2023 at 9:00 a.m.** |

IT IS SO STIPULATED.

Dated: May 30, 2023　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　/s/ *Veronica M.A. Alegría*
　　　　　　　　　　　　　　　　　　　　　　VERONICA M.A. ALEGRÍA
　　　　　　　　　　　　　　　　　　　　　　LEE S. BICKLEY
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorneys


Dated: May 30, 2023　　　　　　　　　　　　/s/ *David D. Fischer*
　　　　　　　　　　　　　　　　　　　　　　DAVID D. FISCHER
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　DENAE A. BELAND


Dated: May 30, 2023　　　　　　　　　　　　/s/ *David W. Dratman*
　　　　　　　　　　　　　　　　　　　　　　DAVID W. DRATMAN
　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　BRIAN D. BELAND

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  May 30, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION CONTINUING SENTENCING HEARING; ORDER

3