UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>BRIAN D. BELAND and DENAE A. BELAND,<br><br>         Defendants. | No. 2:19-CR-21 WBS<br><br>ORDER RE: MOTION FOR NEW TRIAL |

----oo0oo----

The court has received the parties' stipulation (Docket No. 190) requesting their agreed briefing schedule and setting a hearing on defendants' motions for new trial (Docket Nos. 182, 186). Upon review of the stipulation, the court sets the following schedule:

   a)   Responses to the formal objections to the PSR (Docket Nos. 191, 192, 193) shall be filed by July 31, 2023;

   b)   Government's response to defendants' motions for a new trial shall be filed by August 7, 2023;

1

          c)    Upon receipt of the government's response, the court will take the motions to dismiss under submission;

          d)    Sentencing briefs shall be filed by August 21, 2023; and

          e)    The matter is continued to August 28, 2023, at 9:00 a.m. for Judgment and Sentencing as to both defendants.

IT IS SO ORDERED.

Dated:  July 18, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE