DAVID W. DRATMAN, SBN 78764
ATTORNEY AT LAW
601 University Ave, Suite 145
Sacramento, CA 95825-6738
Telephone:   (916) 443-2000
Fax:              (916) 443-0989
E-Mail:         dwdratman@aol.com

Attorney for Defendant
BRIAN BELAND

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>BRIAN BELAND AND DENAE A. BELAND,<br><br>            Defendants. | Case No.: 2:19-CR-00021-01 WBS<br><br>**ORDER SEALING EXHIBITS AS SET FORTH IN DEFENDANT BRIAN BELAND'S NOTICE** |

Pursuant to Local Rule 141(b) and based upon the representation contained in Defendant Brian Beland's Request to Seal, IT IS HEREBY ORDERED that defendant's Exhibits B, C, E, F, G, H, J and L, which are exhibits containing personal information concerning AUSA Veronica Alegria pertaining to the defendant's Motion for a New Trial and the unredacted Motion for a New Trial shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendants. The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the defendant's request, sealing the defendant's exhibits to his motion serves a compelling interest. The

1 Court further finds that, in the absence of closure, the compelling interests identified by
2 the defendant would be harmed.
3     In light of the public filing of its request to seal exhibits, the Court further finds
4 that there are no additional alternatives to sealing the defendant's unredacted exhibits that
5 would adequately protect the compelling interests identified by the defendant.
6 Dated: August 8, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE