**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE <u>WILLIAM B. SHUBB</u>**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>**BRIAN BELAND,**<br>Defendant. | **(*Corrected)** SENTENCING PROCEEDING MINUTES (IN OPEN COURT)<br><br>**Time in Court: <u>1:54</u>**<br><br>CASE #: <u>2:19CR00021-01 WBS</u><br>DATE: <u>8/28/2023</u><br>Deputy Clerk: <u>Karen Kirksey Smith</u><br>ECRO: <u>Jennifer Wood</u> |
| **For the Government:**<br><br><u>Veronica Alegria, Asst. U.S. Attorney</u><br><u>Lee Bickley, Asst. U.S. Attorney</u> | **For the Defendant:**<br><br><u>David Dratman, Rtnd.</u><br><br>**Defendant:** [X] Present  [X] Out of Custody |

**[X]** **<u>Judgment and Sentencing - Date of Finding of Guilty:  3/17/2023</u>** <u>as to Counts 1, 2, 3 and 4 of the Indictment (Docket #1).</u>

**[X]** Defendant addresses the Court.

**[X]** **Imprisonment:** <u>21months as to Counts 1, 2, 3, and 4, with each Count to be served concurrently to one another, for a total term of 21 months.</u>

**[X]** Surrender Date: <u>Oct. 10, 2023 by 12:00 p.m. (Noon)</u>

**[X]** Defendant shall submit to the collection of DNA

**[X]** The mandatory drug testing condition is suspended.

**[X]** **Special Assessment**: <u>  $400 due immediately            </u>   [X] **Fine:** <u>$30,000.00</u>

**[X]** If incarcerated, payment of any unpaid criminal monetary penalty in this case is due during imprisonment at the rate of 10% of the defendant's gross income per month or $25 per quarter, whichever is greater. Payment shall be made through the Bureau of Prisons Inmate Financial

**[X]** Interest is WAIVED on the  **[X]** Fine.

**[X]** **<u>Term of supervised release</u>**: <u>12 months as to Counts 1, 2, 3, and 4, with each Count to be served concurrently to one another, for a total term of 12 months.</u>

**[X]** **<u>Conditions of supervised release</u>**:   Refer to Judgment and Commitment order.

[X]   **Special Conditions**:  Refer to Judgment and Commitment order.


[X]   **Recommendation**:  The Court recommends that the defendant be incarcerated at the satellite camp in Lompoc, California, but only insofar as this recommendation accords with security classification and space availability.

[X]   **Appeal Rights:** Given

[X]   **Other:** The Court confers with counsel re the PSR and the parties' briefs, and states modifications as noted on the record.  The US Probation Officer shall file an amended PSR with the modifications made as noted on the record.

**\*Counsel makes a motion to withdraw and informs the Court that appellate counsel has been retained on behalf of the defendant.  Court ORDERS counsel to assist the defendant in the filing of the Notice of  Appeal.**

Mr. Dratman informs the Court that he is currently the custodian of record for both defendants as it pertains to their passports.   Upon agreement of government counsel, the Court ORDERS the passports returned to defendant forthwith.   Passport returned to defendant in open court.