UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN D. BELAND and DENAE A. BELAND,<br><br>　　　　Defendants. | No. 2:19-CR-21-01 WBS<br><br>ORDER RE: MOTION FOR BAIL PENDING APPEAL |

----oo0oo----

The court finds by clear and convincing evidence, and the government agrees, that defendant Brian D. Beland is not likely to flee or to pose a danger to the safety of any other person or the community if released on bail pending appeal. See 18 U.S.C. § 3143(b); United States v. Handy, 761 F.2d 1279, 1283 (9th Cir. 1985). The court also finds for the reasons discussed at the hearing on defendant's motion that his appeal raises a "substantial question" of law or fact that is "fairly debatable," and that if his appeal from the denial of his motion to dismiss

1

is determined favorably to defendant on appeal that decision is likely to result in reversal or an order for a new trial of all counts on which imprisonment has been imposed,. See Handy, 761 F.2d at 1283.  (See also Docket No. 220-1 (order in United States v. Dimicili, No. 16-10157 (9th Cir. Aug. 26, 2016).)

IT IS THEREFORE ORDERED that defendant Brian D. Beland's motion for bail pending appeal (Docket No. 212) be, and the same hereby is, GRANTED.  Defendant's conditions of release shall remain as previously set by the court.

Dated:   October 3, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE