UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>BRIAN D. BELAND and DENAE A. BELAND,<br><br>            Defendants. | No. 2:19-cr-21-01 WBS<br><br><br><br>ORDER |

----oo0oo----

Defendant Brian Beland, who is now appearing in this action pro se, has filed a "Request to be Able to File Electronically." (Docket No. 234.) Under Local Rule 133(b)(2), any person appearing pro se may not use electronic filing except with permission of the assigned judge, and "[a]ll pro se parties shall file and serve paper documents as required" by the applicable Federal Rules of Criminal Procedure and Local Rules. The Local Rules and Federal Rules of Criminal Procedure also

1

1 | explain that a party may file paper documents by presenting the
2 | papers to the Clerk.  Local Rule 133(d)(1); Fed. R. Crim. P.
3 | 49(b)(2)(B).
4 |    Defendant does not state why it is necessary for him to
5 | use the court's electronic filing system, rather than presenting
6 | papers to the Clerk, either via mail or in person at the Clerk's
7 | Office in the Sacramento courthouse, where he has personally
8 | appeared throughout this case numerous times.  See Local Rule
9 | 133(b)(3) (requests to use electronic filing as an exception from
10 | the Local Rules must be submitted as stipulations, "or if a
11 | stipulation cannot be had, as written motions setting out an
12 | explanation of reasons for the exception").
13 |    Moreover, defendant has filed notice of appeal to the
14 | Ninth Circuit, and that appeal remains pending.  It is
15 | fundamental that "[t]he filing of a notice of appeal is an event
16 | of jurisdictional significance--it confers jurisdiction on the
17 | court of appeals and divests the district court of its control
18 | over those aspects of the case involved in the appeal." Griggs
19 | v. Provident Consumer Disc. Co., 459 U.S. 56, 58 (1982).  Because
20 | the court has not received any request from defendant other than
21 | the request to use the court's electronic filing system, the
22 | court cannot determine whether it would have jurisdiction over
23 | any matters the defendant may seek to file electronically.  If
24 | defendant does wish to file pleadings addressing matters over
25 | which this court would retain jurisdiction, he is free do so by
26 | mailing or presenting hard copies as other pro se litigants do.
27 |    IT IS THEREFORE ORDERED that defendant's pro se request
28 | to use the court's electronic filing system (Docket No. 234) be,

1  and the same is, hereby DENIED.

2  Dated:  April 24, 2024

3  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE