UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>BRIAN D. BELAND and DENAE A.<br>BELAND,<br><br>            Defendants. | No. 2:19-cr-21-01 WBS<br><br><br>ORDER |

----oo0oo----

        Defendant Brian Beland's motion to clarify conditions
of release (Docket No. 236) is REFERRED to the magistrate judge
for appropriate determination.

        IT IS SO ORDERED.

Dated:  April 30, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1